UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALMA H. AGHA,<br><br>Debtor,<br><br>v.<br><br>JEFFREY VETTER; OFFICE OF THE U.S. TRUSTEE (FRS); AUGUST LANDIS,<br><br>Trustees. | No. 1:17-cv-00389-DAD<br><br>ORDER TO SHOW CAUSE WHY REFERENCE SHOULD NOT BE WITHDRAWN AND THE CASE CLOSED<br><br>(Doc. No. 1) |

Chief Bankruptcy Judge Ronald Sargis has filed a recommendation that the District Court withdraw reference pursuant to 28 U.S.C. § 157(d) of this Chapter 7 bankruptcy case, designated in the United States Bankruptcy Court for this district as Case No. 10-16183. (Doc. No. 1.) There are no remaining "proceedings" being prosecuted in this Chapter 7 bankruptcy case and the adversary proceedings commenced by plaintiff have been closed. The parties in this action are ordered to show cause in writing (not to exceed ten pages in length) by September 1, 2017, why reference of this Chapter 7 bankruptcy case should not be withdrawn and the action transferred to this court under 28 U.S.C. §§ 1404 and 1412. Debtor is also ordered to show cause in writing (not to exceed ten pages in length) by the same deadline, why this action should not be dismissed and closed by the court. Debtor's response to this order to show cause, if any, shall concisely explain why she believes she is legally entitled to pursue this action despite no remaining "proceedings" being

1

prosecuted and her related adversary proceedings having previously been dismissed by this court. Debtor is also forewarned, that should she fail to respond to this order to show cause in writing, as required, the reference will be withdrawn and this case will be dismissed and closed. *See Chambers v. NASCO, Inc.*, 501 U.S. 32, 42-46 (1991) (recognizing that it is within the inherent authority of the court to control its docket and require compliance with its orders).

IT IS SO ORDERED.

Dated: **July 31, 2017**

UNITED STATES DISTRICT JUDGE