UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

No. 1:17-cv-00389-DAD

In re: SALMA H. AGHA,

        Debtor,

AMENDED ORDER WITHDRAWING
REFERENCE AND CLOSING CASE

(Doc. No. 4)

On August 1, 2017, the court ordered debtor to show cause by September 1, 2017 why the

reference to the United States Bankruptcy Court should not be withdrawn for Case Number 10-

16183, and why the action should not be transferred to this court and closed. (Doc. No. 2.)[1] The

court specifically warned debtor that a failure to respond to the order to show cause would result

in reference being withdrawn and the case being closed. (*Id.* at 2.) Debtor has not responded to

the order to show cause. Reference of this matter to the bankruptcy court is withdrawn and given

case number 1:17-cv-00389-DAD in this court. 28 U.S.C. § 157(d).

Moreover, this case is hereby closed. *See* 11 U.S.C. § 350(a).[2]

IT IS SO ORDERED.

Dated: **September 8, 2017**

                                         UNITED STATES DISTRICT JUDGE

---

[1] An amended order was issued on August 2, 2017. (Doc. No. 3.)

[2] This order amends the court's prior order which had directed the case be dismissed. (Doc. No. 4.)

1